| | **PRESSLER AND PRESSLER, LLP** | | |
|---|---|---|---|
| MAURICE H. PRESSLER (1930-2002) | COUNSELLORS AT LAW | STEVEN P. BANN | LORI R. CETANI |
| SHELDON H. PRESSLER | 7 Entin Rd. | CHRISTOPHER P. ODOGBILI | DARYL J. KIPNIS |
| ---------------- | Parsippany, NJ 07054-5020 | DALE L. GELBER | THOMAS M. KRICK |
| GERARD J. FELT | Off: (973) 753-5100 | CRAIG S. STILLER* | MATTHEW M. DURKAN |
| STEVEN P. McCABE | Fax: (973) 753-5353 | CHARLES E. TEMPIO | |
| LAWRENCE J. McDERMOTT, JR. | NY Office: | | * NY STATE LICENSE ONLY |
| ---------------- | 305 Broadway, 9th Floor | | |
| MITCHELL L. WILLIAMSON | New York, NY 10007 | OFFICE HOURS: | |
| JAMES D. PADGETT | Office: (516)222-7929 | Monday-Thursday: 8am-9pm | |
| THOMAS M. BROGAN | Fax: (973)753-5353 | Friday: 8am-7pm | |
| RALPH GULKO | E-MAIL: Pressler@Pressler-Pressler.com | Saturday: 9am-2pm | |
| JOANNE L. D'AURIZIO | Please Reply To: | | |
| MICHAEL ROSS* | [X] New Jersey Office  [ ] New York Office | | |
| ANTHONY J. CHIRLES JR | | | |

SEPTEMBER 16, 2009

*Via ECF*
Hon. Michael A. Shipp, U.S.M.J.
United States District Court
Martin Luther King Federal Courthouse & Building
50 Walnut Street
Newark, New Jersey  07102

Re:     **Shraga Klein v New Century Financial Serivces, Inc** and **Pressler & Pressler, LLP**
United States District Court for District of New Jersey (Newark)
Civil Case no. 2:09-cv-299 (SRC)(MAS)
P&P file number N49508A

Dear Judge Shipp:

Please be advised that the undersigned represents the Defendants in the above referenced matter. On further reflection and with consultation, I am formally advising the Court and my adversary that Defendants are withdrawing their opposition to Plaintiff's request to dismiss the above referenced action without prejudice and in that regard I will be available to sign the Plaintiff's proposed Stipulation on this Friday when I return to my office.

I light of this letter, it is my understanding that there will be no need for the Plaintiff to file the motion discussed in this morning's conference call.

Respectfully yours,
PRESSLER & PRESSLER, LLP

*s/Mitchell L. Williamson*

Mitchell L. Williamson

Cc:     Shmuel Klein, Esq. (via ECF)