UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHRAGA KLEIN, | Civil Action No. 09-299 (SRC)(MAS) |
| Plaintiff, | ORDER |
| v. | |
| NEW CENTURY FINANCIAL SERVICES INC., ET AL., | |
| Defendants. | |

THIS MATTER having come before the Court on September 16, 2009 for a status conference; and the Court having granted plaintiff leave to file a formal Motion to Dismiss; and for good cause shown:

IT IS on this 16th day of September, 2009,

**ORDERED THAT:**

1. Plaintiff shall file a Motion to Dismiss by 9/18/09.

2. Defendants shall file its Opposition papers by 9/25/09.

3. Plaintiff shall submit its Reply papers by 10/2/09.

MICHAEL A. SHIPP
UNITED STATES MAGISTRATE JUDGE